IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Norah, Betty M | Case Number: 07 B 00749 |
|---|---|
|  | Judge: Squires, John H |
| Printed: 12/10/08 | Filed: 1/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: October 29, 2008
Confirmed: March 7, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,775.00 |  |
| Secured: |  | 6,778.84 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,443.00 |
| Trustee Fee: |  | 553.16 |
| Other Funds: |  | 0.00 |
| Totals: | 9,775.00 | 9,775.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,443.00 | 2,443.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 14,856.25 | 5,550.00 |
| 4. | Litton Loan Servicing | Secured | 10,676.35 | 1,228.84 |
| 5. | Asset Acceptance | Unsecured | 694.88 | 0.00 |
| 6. | Midnight Velvet | Unsecured | 437.77 | 0.00 |
| 7. | B-Line LLC | Unsecured | 1,003.96 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 228.71 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 159.12 | 0.00 |
| 10. | CitiFinancial Auto Credit Inc | Unsecured | 0.00 | 0.00 |
| 11. | LVNV Funding | Unsecured |  | No Claim Filed |
| 12. | LVNV Funding | Unsecured |  | No Claim Filed |
| 13. | Risk Management Alternatives | Unsecured |  | No Claim Filed |
| 14. | Sage Telecon | Unsecured |  | No Claim Filed |
| 15. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 16. | Unifund Corporation | Unsecured |  | No Claim Filed |
|  |  |  | $ 30,500.04 | $ 9,221.84 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 403.64 |
| 6.5% | 149.52 |
|  | $ 553.16 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Norah, Betty M

Printed: 12/10/08

Case Number:  07 B 00749

Judge:  Squires, John H

Filed:  1/16/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

      Marilyn O. Marshall, Trustee, by:

